1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    KAY BLISS,                                      No.  2:23-cv-02614 DJC AC PS

12                    Plaintiff,

13           v.                                         ORDER

14    QUALITY LOAN SERVICE
      CORPORATION, et al.,
15
                        Defendants.
16

17

18           Plaintiff is proceeding in this action pro se.  The action was accordingly referred to the

19    undersigned by Local Rule 302(c)(21).  Plaintiff initially filed this case on October 10, 2023 in

20    the Superior Court of the State of California, in and for the County of Nevada, entitled Kay Bliss

21    v. Quality Loan Service Corporation, as Case No. CU0001017 ("State Action").  ECF No. 1 at 2.

22    On November 9, 2023, the case was removed to this court pursuant to 28 U.S.C. §1331.  ECF No.

23    1 at 1.  On November 16, 2023, defendants filed a motion to dismiss.  ECF No. 4.  The hearing

24    was set for January 10, 2024.  ECF No. 7.  Plaintiff has not responded to the motion or appeared

25    in this action in any way.  The court is concernd that plaintiff has abandoned this case.

26           Local Rule 230(c) provides that opposition to the granting of a motion must be filed

27    fourteen days after the motion is filed.  The Local Rule further provides that "[n]o party will be

28    entitled to be heard in opposition to a motion at oral arguments if written opposition to the motion

                                                      1

has not been timely filed by that party."  In addition, Local Rule 230(j) provides that failure to appear may be deemed withdrawal of opposition to the motion or may result in sanctions. Finally, Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Good cause appearing, the hearing set for January 10, 2024 is VACATED to be re-set as necessary.  Further,  IT IS HEREBY ORDERED that plaintiff shall file an opposition – or a Statement of Non-Opposition – to the motion no later than **January 17, 2024**.  Failure to file an opposition will be deemed a statement of non-opposition and shall result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

DATED: January 3, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2