UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAY BLISS, | No. 2:23-cv-02614 DJC AC (PS) |
| Plaintiff, | |
| v. | ORDER |
| QUALITY LOAN SERVICE CORPORATION, et al., | |
| Defendants. | |

Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On February 8, 2024, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 20. Neither party has filed objections to the findings and recommendations, although Plaintiff did file documents on February 26, 2024, and April 4, 2024 which the Court has considered. ECF Nos. 21, 22, and 23.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations filed February 8, 2024, are adopted in full;
2. The motion to dismiss (ECF No. 4) is GRANTED and this case is dismissed in its entirety; and
3. This Order resolves all outstanding requests and motions; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **April 12, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE