# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**KAY BLISS,**

CASE NO: **2:23–CV–02614–DJC–AC**

v.

**QUALITY LOAN SERVICE
CORPORATION, ET AL.,**

_____

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

   **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 04/15/2024**

**Keith Holland**
Clerk of Court

ENTERED:  **April 15, 2024**

by: _/s/  J. Murphy_ _____
                        Deputy Clerk